**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAY 1 1 2026

Nathan Ochsner, Clerk of Court

**DAVID TURNER,**
Plaintiff,

v.

**AVETTA, LLC**; **ARSHAD MATIN**, in his individual capacity; **JEFF DALTON**, in his individual capacity; **ABID YOUSEF**, in his individual capacity; **LEAH MORELOS**, in her individual capacity; **JOHANNA GNEITING**, in her individual capacity; **STEPHANY ACOSTA**, in her individual capacity; **ANNA BRADBURY**, in her individual capacity; and **AARON WATTAM**, in his individual capacity,

Defendants.

**Civil Action No. 4:26-cv-03147**

**PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

Pursuant to Federal Rule of Civil Procedure 56 and this Court's Procedures § 6.D.2, Plaintiff David Turner respectfully moves this Court for expedited consideration of his concurrently filed Motion for Partial Summary Judgment on Liability. In support, Plaintiff states as follows:

1. The Motion for Partial Summary Judgment on Liability addresses three claims for which there is no genuine dispute of material fact. The evidence supporting these claims consists of undisputed documentary records—including emails, leave approvals, termination notices, and the EEOC's independent Reasonable Cause Determination—that require no discovery and no witness testimony to be adjudicated.

2. The EEOC has independently investigated and issued a Reasonable Cause Determination (Charge No. 460-2026-04636) finding that Defendant Avetta, LLC violated the Family and Medical Leave Act by terminating Plaintiff in retaliation for taking protected leave. This federal finding is part of the evidentiary record and is admissible evidence under controlling Fifth Circuit precedent. *See Smith v. Universal Servs., Inc.*, 454 F.2d 154, 157 (5th Cir. 1972).
3. No defendant has appeared through counsel. The prior counsel, Ropes & Gray LLP, formally withdrew on May 4, 2026. No new counsel has filed a notice of appearance. No defendant has filed an answer or other responsive pleading. Defendants have been provided with a request for waiver of service and have had a full and fair opportunity to respond but have remained silent.
4. Resolution of the Motion for Partial Summary Judgment on Liability at the earliest practicable date will promote judicial economy, narrow the issues for trial, and facilitate the just, speedy, and inexpensive resolution of this action consistent with Federal Rule of Civil Procedure 1.
5. Plaintiff respectfully requests that the Court rule on the Motion for Partial Summary Judgment on Liability as soon as practicable, without awaiting the August 27, 2026 pre-trial conference or the close of discovery, because the material facts are undisputed and no purpose would be served by delay.

WHEREFORE, Plaintiff respectfully requests expedited consideration of his Motion for Partial Summary Judgment on Liability.

Dated: May 11, 2026

Respectfully submitted,

**David Turner**

David Turner, Pro Se
Cypress, TX 77433
(281) 785-3584
David.Turner5898@gmail.com

---

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1 and this Court's Procedures § 6.C, I certify that I have made a good-faith attempt to confer with counsel for Defendants regarding the relief sought in this Motion. On May 4, 2026, Gregory L. Demers, Esq. of Ropes & Gray LLP, then-counsel of record for Defendant Avetta, LLC, confirmed in writing that the firm had withdrawn from representation and that an attorney from Littler Mendelson would assume the defense. I have not been contacted by any attorney from Littler Mendelson. As of the date of this filing, no new counsel has appeared for any Defendant.

Due to the withdrawal of prior counsel and the absence of any known counsel of record, I have been unable to obtain a statement of opposition or consent. I will promptly supplement this certificate if new counsel appears.

**David Turner**

David Turner, Pro Se

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**DAVID TURNER,**
Plaintiff,

v.

**AVETTA, LLC**; **ARSHAD MATIN**, in his individual capacity; **JEFF DALTON**, in his individual capacity; **ABID YOUSEF**, in his individual capacity; **LEAH MORELOS**, in her individual capacity; **JOHANNA GNEITING**, in her individual capacity; **STEPHANY ACOSTA**, in her individual capacity; **ANNA BRADBURY**, in her individual capacity; and **AARON WATTAM**, in his individual capacity,

Defendants.

**Civil Action No. 4:26-cv-03147**

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

Before the Court is Plaintiff David Turner's Motion for Expedited Consideration of his Motion for Partial Summary Judgment on Liability. Having considered the Motion and the applicable law, the Court finds that the Motion has merit and should be **GRANTED**.

IT IS, therefore, **ORDERED** that the Motion for Partial Summary Judgment on Liability shall be considered on an expedited basis. The Court will rule on the motion without awaiting the August 27, 2026 pre-trial conference or the close of discovery.

**IT IS SO ORDERED.**

**SIGNED** on this ____ day of ____________, 2026.

______________________________

**UNITED STATES DISTRICT JUDGE**

**HON. GEORGE C. HANKS, JR.**