**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAY 18 2026

Nathan Ochsner, Clerk of Court

DAVID TURNER, §
Plaintiff, §
v. § **Civil Action No. 4:26-cv-03147**
AVETTA, LLC, et al., §
Defendants. §

---

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Plaintiff David Turner hereby notifies the Court that on May 15, 2026, he filed a Notice of Removal in the 157th Judicial District Court of Harris County, Texas, removing the case *Avetta, LLC, et al. v. David Turner* to this Court. A true and correct copy is attached as **Exhibit A**. The state proceedings are stayed under 28 U.S.C. § 1446(d).

Dated: May 18, 2026

David Turner

**EXHIBIT A**

FILED
Marilyn Burgess
District Clerk
MAY 15 2026
Time: 3:50pm
Harris County, Texas
By m·rola
Deputy
P3

CAUSE NO. 202632456

AVETTA, LLC., ARSHAD MATIN, JEFF DALTON, ABID YOUSEF, LEAH MORELOS, JOHANNA GNEITING, STEPHANY ACOSTA, ANNA BRADBURY, and AARON WATTAM,

*Plaintiffs*,

v.

DAVID TURNER,

*Defendant*.

§
§
§
§
§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT OF
HARRIS COUNTY, TEXAS
~~157TH~~ JUDICIAL DISTRICT
295TH

Unofficial Copy Office of Marilyn Burgess District Clerk

**DEFENDANT'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant David Turner hereby removes this action from the 157th Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## I. TIMELINESS

1. This Notice of Removal is filed within 30 days of Defendant's receipt of the Petition. The Petition was not properly served until May 15, 2026, when Defendant received actual notice through a blocked-number telephone call 54 minutes before the TRO hearing. Removal is therefore timely under 28 U.S.C. § 1446(b).

## II. FEDERAL JURISDICTION

2. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because the action arises under the Constitution and laws of the United States. The state-court petition alleges a single state-law claim for "threatened assault" based on a social media post. However, the post is core political speech protected by the First Amendment to the United States Constitution. The "true threat" analysis is governed by federal constitutional law. The petition necessarily raises a federal question.

3. Alternatively, this action is a retaliatory counterclaim to Defendant David Turner's pending federal lawsuit, ***Turner v. Avetta, LLC, et al.***, Civil Action No. 4:26-cv-03147 (S.D. Tex.). The state action arises from the same nucleus of operative facts as the federal action. The plaintiffs in this state action are the defendants in the federal action. The state action is an attempt to silence a federal litigant and interfere with the federal court's jurisdiction. This Court has supplemental jurisdiction over the state-law claim under 28 U.S.C. § 1367.

## III. VENUE

4. Venue is proper in the Southern District of Texas, Houston Division, under 28 U.S.C. § 1441(a) because the state court action is pending in Harris County, Texas, which lies within this Division.

## IV. PROCEDURAL COMPLIANCE

5. A copy of all process, pleadings, and orders served on Defendant in the state action is attached as Exhibit A.

6. A copy of this Notice of Removal is being filed with the Clerk of the 157th Judicial District Court of Harris County, Texas, and served on all parties.

7. A copy of this Notice of Removal will be filed with the Clerk of the United States District Court for the Southern District of Texas, Houston Division.

8. Defendant demands a jury trial.

Unofficial Copy Office of Marilyn Burgess District Clerk

Dated: May 15, 2026

Respectfully submitted,

David Turner
Defendant, Pro Se
10311 Mackies Run Ln.
Cypress, Texas 77433
(281) 785-3584
David.Turner5898@gmail.com

---

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Removal was served on all parties of record via electronic mail and first-class mail, and was filed with the Harris County District Clerk on May 15, 2026.

David Turner

Copy Office of Marilyn Burgess District Clerk