**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| David Turner, *Plaintiff*, | § § § | |
| v. | § | Civil Action H-26-3147 |
| Avetta, LLC, *Defendant*. | § § § | |

**ORDER**

Pending before the court are dozens of motions:

- Plaintiff's Motion to Seal Exhibits F, G, and H, ECF No. 6;
- Plaintiff's Motion to Expedite Consideration of Motion for Partial Summary Judgment on Liability, ECF No. 13;
- Plaintiff's Motion for Partial Summary Judgment, ECF No. 14;
- Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 15;
- Plaintiff's Motion for Expedited Consideration of Motion for Partial Summary Judgment on Liability, ECF No. 16;
- Plaintiff's Motion for Partial Summary Judgment, ECF No. 17;
- Plaintiff's Motion for Leave to File Third Amended Complaint, ECF No. 19;
- Plaintiff's Motion for Status Conference and for Order Regarding Witness Communications, ECF No. 21;
- Plaintiff's Motion to Expedite Consideration of Motion for Status Conference and Motion for Order Regarding Witness Communications, ECF No. 22;

- Plaintiff's Emergency Motion for Sanctions and Protective Order, ECF No. 23;
- Plaintiff's Motion for Entry of Order taking Judicial Notice of Adjudicative Facts, ECF No. 25;
- Plaintiff's Motion to Disqualify Littler Mendelson, P.C. as Counsel for Defendants, ECF No. 27;
- Plaintiff's Motion for Leave to File Electronically, ECF No. 34;
- Plaintiff's Motion for Partial Summary Judgment, ECF No. 35;
- Plaintiff's Motion for Leave to File Redacted Witness Names from Public Filings, ECF No. 36;
- Plaintiff's Motion to Maintain Scheduling and Oppose Stay or Continuance, ECF No. 37;
- Plaintiff's Motion to Expedite Trial Setting, ECF No. 39;
- Plaintiff's Motion for Finding of Bad Faith, Pattern Evidence, and Obstruction of Justice, ECF No. 40;
- Plaintiff's Motion to Consolidate Hearings or in Alternate Advance Hearing Dates, ECF No. 51;
- Plaintiff's Motion for Prejudgment Asset Discovery, ECF No. 52;
- Plaintiff's Motion to Set Supersedeas Bond Amount and Related Relief, ECF No. 53;
- Plaintiff's Emergency Motion for Defendants to Surrender Passports or in Alternate Post Security and Restrict Travel, ECF No. 60;
- Plaintiff's Motion to Expedite Hearing on Motion to Consolidate Hearings, ECF No. 61;
- Plaintiff's Motion for Entry of Final Judgment, ECF No. 62;
- Defendants' Emergency Motion to Strike Improper Notice of Filing of Notice of Removal and Motion to Strike Emergency Motion, ECF No. 70.

This case was filed on April 20, 2026, yet there are already seventy docket entries. Many defendants filed waivers of service, and their answers are not due until late July. The initial conference is set on August 27, 2026. Judge Hanks' local rules bar the filing of discovery motions and dispositive motions absent permission. In any event, any motions for discovery and for summary judgment are entirely premature. Many of the motions (e.g., seeking final judgment, surrender of passports, setting of a supersedeas bond) are completely frivolous. There is simply no reason for these excessive and meritless filings.

The court hereby **ORDERS**

Plaintiff's Fourth Amended Complaint, ECF No. 28, is accepted on the docket as the live pleading in the case. No further leave to amend will be granted absent leave of court.

Plaintiff's motion to seal, ECF No. 6, is **GRANTED**. Exhibits F, G, and H are sealed.

Defendant's Emergency Motion to Strike Improper Notice of Removal and Motion to Strike Emergency Motion, ECF No. 70, is **GRANTED in part**. The notice of removal, ECF No. 26, is procedurally improper and is **STRICKEN** from the record. Filing a notice of removal on the docket of a separate federal case is not the proper procedure for removal of a state case. As will be mentioned next, all other motions are being denied, so the court declines to strike ECF No. 23.

All remaining motions are either frivolous, lack merit, or are procedurally improper and are **DENIED**.

Because of the excessive frivolous filings Turner has made thus far in the case, he is hereby **BARRED** from any further filings in this case without first seeking leave of court. All filings made by Turner without leave of court will be **STRICKEN FROM THE RECORD WITHOUT NOTICE**.

Signed at Houston, Texas, on June 1, 2026.

Peter Bray
United States Magistrate Judge