United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| David Turner, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-26-3147 |
| | § | |
| Avetta, LLC, et al., | § | |
| *Defendants*. | § | |

**ORDER**

Pending before the court is Plaintiff's Motion for Leave to File Objection. ECF No. 72. The motion is **GRANTED** in part. Plaintiff may object to the court's June 1, 2026 Order, ECF No. 71, by **June 15, 2026.**

Signed at Houston, Texas, on June 1, 2026.

Peter Bray
United States Magistrate Judge